# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 08-03089-01-CR-S-DGK |
| TOMMIE E. JACKSON, | ) ) ) | |
| Defendant . | ) | |

## ORDER

The United States Magistrate Judge has filed a Report and Recommendation that the defendant be declared competent to stand trial. No objections have been filed. It is therefore ORDERED that the defendant be declared competent to stand trial.

      /s/ Greg Kays
**GREG KAYS**
**UNITED STATES DISTRICT JUDGE**

Date: October 13, 2009